### 9416. KEY *v.* THE STATE.

BLOODWORTH, J. 1. The only ground of the motion for a new trial other
than the general grounds is based upon alleged newly discovered evi-
dence, the only effect of which would be to impeach the chief witness
for the State. "Though the witness sought to be impeached by newly
discovered evidence was the only witness against the prisoner upon a
vital point in the case, if the sole effect of the evidence would be to
impeach the witness a new trial will not be granted." *Arwood v. State,*
59 *Ga.* 391 (1) ; *Levining v. State,* 13 *Ga.* 513 (1) ; *Wright v. State,*
34 *Ga.* 110 (2) ; *Jackson v. State,* 93 *Ga.* 190 (18 S. E. 401) ; *Haynes v.*
*State,* 18 *Ga. App.* 741 (3), 742, 743 (90 S. E. 485), and cases cited.

2. There was ample evidence to support the verdict.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED MARCH 6, 1918.

Indictment for forgery; from White superior court—Judge J. B. Jones. November 10, 1917.

*C. H. Edwards, T. F. Underwood,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.